UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JAMES HOUSTON HICKS | DOCKET NO. 08-CV-1976; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| CORRECTIONS CORP. OF AMERICA, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after a de novo review of the record, including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that all of Plaintiff's claims against all defendants be **DENIED** and **DISMISSED, WITH PREJUDICE,** as frivolous and failing to state a claim for which relief can be granted pursuant to 28 U.S.C. §1915(e)(2)(b), **EXCEPT** Plaintiff's Eighth Amendment claims against **SERGEANT POWELL AND SERGEANT CURRY,** upon whom service of process has been ordered.

Additionally, to the extent Plaintiff's objections raise new issues or motions regarding Document Nos. 11 and 12, not intended to be referenced by the Report and Recommendation, they are DENIED. However, the Clerk shall provide copies of the mooted motions (Document Nos. 11 and 12) to Plaintiff by mail.

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 11th day of September, 2009.

DEE D. DRELL
**UNITED STATES DISTRICT JUDGE**