

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JAMES HOUSTON HICKS | CIVIL DOCKET NO. 1:08-cv-01976 |
| -vs- | JUDGE DRELL |
| CORRECTIONS CORP. OF AMERICA, et al. | MAGISTRATE JUDGE KIRK |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the magistrate judge's findings under the applicable law;

IT IS ORDERED that plaintiff's request for temporary restraining order and/or preliminary injunction (Doc. #71) is DENIED.

SIGNED on January 7, 2010, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE